MN, ND-305
(5/94)

*[handwritten annotations:]*
190469   2.13
190470   1.31
190471   1.14
190475   .62
*Susan*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund</u>

Debtor:    Danforth K. Messerly

Chapter 7 Case No. 08-40361

Please Check One:

_____ Unclaimed Dividends

\_\_✓\_\_ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Credit First NA<br>P.O. Box 818011<br>Cleveland, OH 44181 | 7 | 143.30 | .62 |
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | 11 | 489.45 | 2.13 |
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | 12 | 300.18 | 1.31 |
| eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | 13 | 264.30 | 1.14 |

*[handwritten:]* =5.20

Dated: April \_\_12\_\_, 2010

Randall L. Seaver, Trustee